NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RODNEY DIGGS, DOC #505333,　　　　）
　　　　　　　　　　　　　　　　　　）
　　　　　　　Appellant,　　　　　　）
　　　　　　　　　　　　　　　　　　）
v.　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）　　Case No.  2D17-1686
STATE OF FLORIDA,　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　　　　　Appellee.　　　　　　　）
　　　　　　　　　　　　　　　　　　）

Opinion filed February 8, 2019.

Appeal from the Circuit Court for
Hillsborough County; Vivian T. Corvo,
Judge.

Howard L. Dimmig, II, Public Defender,
and John C. Fisher, Assistant Public
Defender, Bartow, for Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee, and Katie Salemi-Ashby,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

　　　　　　　Affirmed.

KELLY, BLACK, and SLEET, JJ., Concur.